## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PRS INSURANCE GROUP, INC., et al. | : | Case No. 00-4070 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| SEAN C. LOGAN, in his capacity as Chapter 11 Trustee of PRS INSURANCE GROUP, INC., et al. | : | Adv. Pro. No. 05-50818 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CREDIT GENERAL INSURANCE COMPANY and CREDIT GENERAL INDEMNITY COMPANY, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEAL FROM ORDER
DENYING DEFENDANTS' MOTION TO DISMISS AND ORDER
DENYING MOTION FOR RECONSIDERATION AND CLARIFICATION/
CORRECTION OF THE ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Ann H. Womer Benjamin, Superintendent of the Ohio Department of Insurance, in her capacity as Liquidator (the "Liquidator") of Defendants Credit General Insurance Company and Credit General Indemnity Company, (hereinafter collectively "CGIC"), by and through counsel, hereby appeals to the United States District Court for the District of Delaware from (1) the *Order Denying Motion of Liquidator of Credit General Insurance Company and Credit General Indemnity Company to Reconsider the Court's Memorandum Opinion and Order Denying Motion to Dismiss or Stay*, entered on December 16, 2005 (D.I. 36) and the associated opinion of even date (D.I. 35); and (2) the *Order Denying Liquidator of Credit General Insurance Company and Credit General Indemnity Company's Motion to Dismiss or Stay the Adversary*

DEL1 63145-1

*Action*, entered on September 23, 2005 (D.I. 22) and the associated opinion of even date (D.I. 21).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Plaintiffs:** | **Defendants:** |
|---|---|
| Sean C. Logan, in his capacity as Chapter 11 Trustee of PRS Insurance Group, Inc., et al. | Credit General Insurance Company And Credit General Indemnity Company, by and through Ann H. Womer Benjamin, Superintendent of Insurance, Ohio Department of Insurance, in her capacity as Liquidator of Credit General Insurance Company and Credit General Indemnity Company |
| **Counsel:** | **Counsel:** |
| Maureen D. Luke, Esq.<br>Edward J. Kosmowski, Esq.<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>The Brandywine Building<br>1000 North West Street, 17th Floor<br>Wilmington, DE 19899<br><br>- and -<br><br>Harold S. Horwich, Esq.<br>Stephen M. Hryniewicz, Esq.<br>BINGHAM MCCUTCHEN LLP<br>One State Street<br>Hartford, CT 06103 | Steven K. Kortanek (#3106)<br>KLEHR, HARRISON, HARVEY,<br>  BRANZBURG & ELLERS, LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5503 – Telephone<br>(302) 426-9193 – Facsimile<br><br>- and -<br><br>Stephen G. Schweller<br>Susan M. Luken<br>DINSMORE & SHOHL LLP<br>1900 Chemed Center<br>255 East Fifth Street<br>Cincinnati, OH 45202<br>(513) 977-8200 |

December 20, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By: /s/ Steven K. Kortanek
Steven K. Kortanek (#3106)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 552-5503 – Telephone
(302) 426-9193 – Facsimile

- and -

DINSMORE & SHOHL LLP
Stephen G. Schweller
Susan M. Luken
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8200

*Co-Counsel for Ann H. Womer Benjamin, Superintendent of Insurance, Ohio Department of Insurance, in her capacity as Liquidator of Credit General Insurance Company and Credit General Indemnity Company*

3