IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PRS INSURANCE GROUP, INC., et al., | ) Bk. No. 00-4070(MFW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | |
| SEAN C. LOGAN, in his capacity as Chapter 11 Trustee of PRS Insurance Group, Inc., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Misc. No. 06-16-SLR |
| ANN H. WOMER BENJAMIN, CREDIT GENERAL INSURANCE COMPANY, and CREDIT GENERAL INDEMNITY COMPANY, | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 22nd day of August, 2007, having reviewed defendants' motion for leave to appeal orders denying defendants' motion to dismiss and motion for reconsideration and clarification/correction;

IT IS ORDERED that defendants' motion (D.I. 1) is denied for the reasons set forth in Bankruptcy Court's Memorandum Opinion and Order of September 23, 2005 and Memorandum Opinion and Order of December 8, 2005.

_____
United States District Judge